# ELECTRONIC RECORD

COA # 06-14-00185-CR          OFFENSE: 38.04

STYLE: Vincent Monrow Friemel v. The State of Texas          COUNTY: Rusk

COA DISPOSITION: Affirmed          TRIAL COURT: 4th District Court

DATE: 6/9/15          Publish: YES          TC CASE #: CR14-192

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Vincent Monrow Friemel v. The State of Texas          CCA #: 844-15

_____ APPELLANT'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD